

# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345
Fax: 314-894-1923

4656 Baumgartner Road
St. Louis, Missouri 63129

## Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2004 - June 30, 2009

Eric Aulbach Plastering LLC
(Name of Company)

143 Tanzberger
St Louis MO 63129
(Address)

314 479 1402
(Phone)

Eric Aulbach
(Officer Name) (Please Print)

*[signature]*
(Officer Signature)

Date: 5-16-08

*John Klauris*
(Business Manager Local No. 3)

Date: 5-16-08

30